UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CORY R. ALLEN : CHAPTER 13
       Debtor(s) :
 :
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
 :
       vs. :
 :
CORY R. ALLEN :
       Respondent(s) : CASE NO.   1-16-bk-00430

TRUSTEE'S OBJECTION TO SECOND AMENDED CHAPTER 13 PLAN

       AND NOW, this 14th day of September, 2016, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

       1. Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required. More specifically,

       2. Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

    a. 2015 Federal Income Tax return. (Second request)
    b. Amended 2016(b) Statement discussing attorney fees as set forth in plan. (Second request)

       3. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

    a. Plan ambiguous – payment. Plan payments significantly exceed base plan.

       WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of debtor(s) plan.

b. Dismiss or convert debtor(s) case.
c. Provide such other relief as is equitable and just.

                              Respectfully submitted:

                              Charles J. DeHart, III
                              Standing Chapter 13 Trustee
                              8125 Adams Drive, Suite A
                              Hummelstown, PA 17036
                              (717) 566-6097

BY:            /s/James K. Jones
                Attorney for Trustee

## CERTIFICATE OF SERVICE

     AND NOW, this   14th   day of September, 2016, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Jon Adelstein, Esquire
275 South Main Street, Suite 9
Doylestown, PA   18901

                              /s/Deborah A. Behney
                              Office of Charles J. DeHart, III
                              Standing Chapter 13 Trustee