```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 16-00430-MDF
Cory R. Allen                                                       Chapter 13
        Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-1         User: PRatchfor         Page 1 of 1           Date Rcvd: Sep 30, 2016
                             Form ID: pdf010         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 02, 2016.
db             +Cory R. Allen,    17048 Mt. Airy,    Shrewsbury, PA 17361-1864

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 30, 2016 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Jon M. Adelstein    on behalf of Debtor Cory R. Allen jadelstein@adelsteinkaliner.com,
               jsbamford@adelsteinkaliner.com
              Joshua I Goldman    on behalf of Creditor    M & T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    M&T BANK S/B/M MANUFACTURERS AND TRADERS TRUST COMPANY
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
CORY R. ALLEN, :
    Debtor. : CASE NO. 1:16-bk-00430 MDF

### ORDER DENYING CONFIRMATION OF SECOND AMENDED CHAPTER 13 PLAN AND DIRECTING DEBTOR TO FILE A THIRD AMENDED CHAPTER 13 PLAN

Following a hearing on confirmation of Debtor's Second Amended Chapter 13 Plan, and upon consideration of the Objection filed by the Chapter 13 Trustee, the Objection is SUSTAINED, and it is hereby:

ORDERED that confirmation of Debtor's Second Amended Plan is DENIED, and it is

FURTHER ORDERED that Debtor shall file a Third Amended Chapter 13 Plan within thirty (30) days of the date of this Order or, upon certification of default, the case will be dismissed without further notice or hearing, and it is

FURTHER ORDERED that Debtor shall provide to the Chapter 13 Trustee 2015 Federal Income Tax Returns within thirty (30) days of the date of this Order or, upon certification of default, the case will be dismissed without further notice or hearing.

By the Court,

_Mary D. France_
Bankruptcy Judge
(VK)

Date: September 30, 2016