# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Cory R. Allen  
      Debtor(s)

BKY. NO. 16-00430

CHAPTER 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of M & T Bank, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 4437

                                                Respectfully submitted,

                                                **/s/ Thomas Puleo**  
                                                Thomas Puleo, Esquire  
                                                James C. Warmbrodt, Esquire  
                                                KML Law Group, P.C.  
                                                701 Market Street, Suite 5000  
                                                Philadelphia, PA 19106-1532  
                                                (215) 825-6306  FAX (215) 825-6406  
                                                Attorney for Movant/Applicant