United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                      Case No. 16-00430-MDF
Cory R. Allen                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: PRatchfor        Page 1 of 1            Date Rcvd: Feb 10, 2017
                              Form ID: pdf010       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 12, 2017.
db          +Cory R. Allen,   17048 Mt. Airy,   Shrewsbury, PA 17361-1864

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 10, 2017 at the address(es) listed below:
        Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
        Jon M. Adelstein   on behalf of Debtor Cory R. Allen jadelstein@adelsteinkaliner.com,
         jsbamford@adelsteinkaliner.com
        Joshua I Goldman   on behalf of Creditor  M & T Bank bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Joshua I Goldman   on behalf of Creditor  M&T BANK S/B/M MANUFACTURERS AND TRADERS TRUST COMPANY
         bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
        Thomas I Puleo   on behalf of Creditor  M & T Bank tpuleo@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                            TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CORY R. ALLEN | : | |
| aka CORY ALLEN, SR., | : | CASE NO. 1:16-bk-00430 MDF |
| Debtors. | : | |

## ORDER DIRECTING DEBTOR TO APPEAR AND SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED

Following a hearing on confirmation of Debtor's Third Amended Chapter 13 Plan, it is hereby:

ORDERED that Debtor shall appear at a hearing to be held on February 22, 2017, at 9:30 a.m. at 3rd & Walnut Sts, Bankruptcy Courtroom (3rd Fl), Ronald Reagan Federal Building, Harrisburg, PA 17101 and show cause why the above-captioned case should not be dismissed.

By the Court,

*Mary D France*

Bankruptcy Judge (VK)

Date: February 10, 2017