```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 16-00430-RNO
Cory R. Allen                                                       Chapter 13
        Debtor                     CERTIFICATE OF NOTICE
```

District/off: 0314-1          User: PRatchfor          Page 1 of 1              Date Rcvd: Apr 27, 2017
                              Form ID: pdf010          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 29, 2017.
db            +Cory R. Allen,   17048 Mt. Airy,   Shrewsbury, PA 17361-1864
4801062       +York Hospital,   1001 S. George St,   York, PA 17403-3645

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2017                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 27, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Jon M. Adelstein    on behalf of Debtor Cory R. Allen jadelstein@adelsteinkaliner.com,
               jsbamford@adelsteinkaliner.com
              Joshua I Goldman    on behalf of Creditor   M & T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor   M&T BANK S/B/M MANUFACTURERS AND TRADERS TRUST COMPANY
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor   M & T Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| CORY R. ALLEN | : | CASE NO.: 1-16-bk-00430-RNO |
| aka CORY ALLEN, SR. | : | |
| Debtor | : | |
| | : | |
| CHARLES J. DEHART, III, TRUSTE | : | |
| Objectant | : | |
| | : | |
| vs. | : | |
| | : | |
| YORK HOSPITAL | : | |
| Claimant | : | |

## ORDER

AND NOW, upon consideration of the Trustee's Objection to Claim No. 5 of York Hospital and following Notice to Claimant Re Filing of Objection to Claim allowing an opportunity to respond, no response having been filed, after hearing held on April 26, 2017, it is

ORDERED that the Trustee's Objection is SUSTAINED and Claim No. 5 of York Hospital shall be deemed untimely filed.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: April 27, 2017