## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Cory R. Allen aka Cory Allen, Sr.<br>      Debtor(s) | CHAPTER 13 |
| M & T Bank<br>      Movant<br> vs.<br>Cory R. Allen aka Cory Allen, Sr.<br>      Debtor(s) | NO. 16-00430 RNO |
| Charles J. DeHart, III Esq.<br>      Trustee | Nature of Proceeding: Motion for Relief |

**REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE**

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.

Reason for the continuance;  Attempted settlement.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: June 7, 2017          **/s/ James C. Warmbrodt, Esquire**
                    James C. Warmbrodt, Esquire
                    Attorney for Moving Party
                    BNY Independence Center
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106-1532
                    (215) 627-1322
                    Fax (215) 825-6406