```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                          Case No. 16-00430-RNO
Cory R. Allen                                                   Chapter 13
        Debtor                **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: PRatchfor         Page 1 of 1         Date Rcvd: Oct 10, 2017
                              Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2017.
db             +Cory R. Allen,    17048 Mt. Airy,    Shrewsbury, PA 17361-1864

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt     on behalf of Creditor   M & T Bank bkgroup@kmllawgroup.com
              Jon M. Adelstein    on behalf of Debtor Cory R. Allen jadelstein@adelsteinkaliner.com,
               jsbamford@adelsteinkaliner.com
              Joshua I Goldman    on behalf of Creditor    M & T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    M&T BANK S/B/M MANUFACTURERS AND TRADERS TRUST COMPANY
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor    M & T Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE**:

**CORY R. ALLEN A/K/A CORY ALLEN, SR.**

    Debtor(s)

**M&T BANK**

    Movant(s)

vs.

**CORY R. ALLEN A/K/A CORY ALLEN, SR. AND CHARLES J. DEHART, III**

    Respondent(s)

| | |
|---|---|
| Chapter: | 13 |
| Case Number: | 1-16-bk-00430 RNO |
| Document No.: | 74 |
| Nature of Proceeding: | **Relief from the Automatic Stay** |

## ORDER

It appearing that no stipulation or request to relist having been filed pursuant to Order dated August 22, 2017, it is hereby

ORDERED that this matter is DISMISSED without prejudice.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Date: October 10, 2017

MDPA- Order No Stip Filed - Matter dismissed or denied.WPT REV 03/16