```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                      Case No. 16-00430-HWV
Cory R. Allen                                               Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-1         User: PRatchfor         Page 1 of 1         Date Rcvd: Apr 25, 2018
                             Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 27, 2018.
              +Kimberly A. Allen,   17048 Mount Airy,   Shrewsbury PA 17361-1864

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 25, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James    Warmbrodt    on behalf of Creditor   M & T Bank bkgroup@kmllawgroup.com
              Jon M. Adelstein    on behalf of Debtor 1 Cory R. Allen jadelstein@adelsteinkaliner.com,
               jsbamford@adelsteinkaliner.com
              Joshua I Goldman    on behalf of Creditor    M & T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    M&T BANK S/B/M MANUFACTURERS AND TRADERS TRUST COMPANY
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor    M & T Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Cory R. Allen a/k/a Cory Allen, Sr.<br>　　　　　Debtor | CHAPTER 13 |
| M&T Bank<br>　　　　　Movant<br>　vs | NO. 16-00430 HWV |
| Cory R. Allen a/k/a Cory Allen, Sr.<br>　　　　　Respondent<br>　And | 11 U.S.C. Section 362 |
| Kimberly A. Allen | |
| Charles J. DeHart, III Esq.<br>　　　　　Additional Respondents | |

## ORDER

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.

Dated: April 24, 2018

By the Court,

_Henry W. Van Eck_

Henry W. Van Eck, Bankruptcy Judge (KB)