```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                              Case No. 16-00430-HWV
Cory R. Allen                                                       Chapter 13
         Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-1         User: MMchugh              Page 1 of 1           Date Rcvd: Jul 18, 2018
                             Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
            +E-mail/Text: bankruptcy@cavps.com Jul 18 2018 19:09:08      Cavalry SPV I, LLC,   POB 27288,
              Tempe AZ 85285-7288
                                                                                                TOTAL: 1

                  ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   M & T Bank bkgroup@kmllawgroup.com
              Jon M. Adelstein    on behalf of Debtor 1 Cory R. Allen jadelstein@adelsteinkaliner.com,
               jsbamford@adelsteinkaliner.com
              Joshua I Goldman    on behalf of Creditor   M & T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor   M&T BANK S/B/M MANUFACTURERS AND TRADERS TRUST COMPANY
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor   M & T Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                TOTAL: 7

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| CORY R ALLEN | : | |
| Debtor | : | CASE NO.: 1-16-00430-HWV |
| CHARLES J. DEHART, III, TRUSTEE Objectant | : | |
| vs. | : | |
| CAVALRY SPV I, LLC | : | |
| Claimant | : | |

## ORDER

AND NOW, at Harrisburg, Pennsylvania, in said District, upon consideration of the Trustee's Objection to Claim No. 1 of CAVALRY SPV I, LLC, and no response having been filed, it is hereby

ORDERED that Claim No. 1 of CAVALRY SPV I, LLC, shall be disallowed and dismissed.

Dated: July 17, 2018

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Bankruptcy Judge (KB)