**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re:

    CORY R. ALLEN                            Case No.: 1-16-00430-HWV
                                                 Chapter 13

           Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

| PART 1: | MORTGAGE INFORMATION |
|---|---|
| Creditor Name: | M & T BANK |
| Court Claim Number: | 04 |
| Last Four of Loan Number: | Mt Airy Road - PRE-ARREARS - 0001 |
| Property Address if applicable: | 17048 MT. AIRY, , SHREWSBURY, PA17361 |

**PART 2:**                       **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $36,941.12 |
| b. | Prepetition arrearages paid by the Trustee: | $29,058.14 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $29,058.14 |

**PART 3:**                       **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                       **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated:  August 20, 2020                                 Respectfully submitted,


                                                        s/ Charles J. DeHart, III, Trustee
                                                        Standing Chapter 13 Trustee
                                                        Suite A, 8125 Adams Drive
                                                        Hummelstown, PA  17036
                                                        Phone:  (717) 566-6097
                                                        Fax:  (717) 566-8313
                                                        eMail:  dehartstaff@pamd13trustee.com

Creditor Name:  M & T BANK
Court Claim Number:  04

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 5210 | 1164163 | 03/09/2017 | $2,867.67 | $0.00 | $2867.67 |
| 5210 | 1165777 | 04/12/2017 | $483.15 | $0.00 | $483.15 |
| 5210 | 1167335 | 05/11/2017 | $483.15 | $0.00 | $483.15 |
| 5210 | 1168908 | 06/13/2017 | $2,508.66 | $0.00 | $2508.66 |
| 5210 | 1170345 | 07/06/2017 | $715.43 | $0.00 | $715.43 |
| 5210 | 1173352 | 09/19/2017 | $1,486.61 | $0.00 | $1486.61 |
| 5210 | 1175974 | 11/08/2017 | $740.14 | $0.00 | $740.14 |
| 5210 | 1177374 | 12/05/2017 | $740.14 | $0.00 | $740.14 |
| 5210 | 1178777 | 01/11/2018 | $740.14 | $0.00 | $740.14 |
| 5210 | 1180170 | 02/08/2018 | $740.14 | $0.00 | $740.14 |
| 5210 | 1181530 | 03/08/2018 | $740.14 | $0.00 | $740.14 |
| 5210 | 1182887 | 04/03/2018 | $740.14 | $0.00 | $740.14 |
| 5210 | 1185984 | 05/15/2018 | $1,451.61 | $0.00 | $1451.61 |
| 5210 | 1188679 | 07/12/2018 | $711.46 | $0.00 | $711.46 |
| 5210 | 1190062 | 08/09/2018 | $711.47 | $0.00 | $711.47 |
| 5210 | 1191379 | 09/06/2018 | $711.46 | $0.00 | $711.46 |
| 5210 | 1192697 | 10/10/2018 | $740.14 | $0.00 | $740.14 |
| 5210 | 1194068 | 11/08/2018 | $783.04 | $0.00 | $783.04 |
| 5210 | 1195455 | 12/13/2018 | $829.10 | $0.00 | $829.10 |
| 5210 | 1196837 | 01/10/2019 | $806.06 | $0.00 | $806.06 |
| 5210 | 1199231 | 03/12/2019 | $1,646.96 | $0.00 | $1646.96 |
| 5210 | 1200574 | 04/11/2019 | $932.45 | $0.00 | $932.45 |
| 5210 | 1201926 | 05/09/2019 | $783.04 | $0.00 | $783.04 |
| 5210 | 1203229 | 06/06/2019 | $736.97 | $0.00 | $736.97 |
| 5210 | 1204622 | 07/11/2019 | $736.97 | $0.00 | $736.97 |
| 5210 | 1205988 | 08/07/2019 | $736.98 | $0.00 | $736.98 |
| 5210 | 1207443 | 09/26/2019 | $736.97 | $0.00 | $736.97 |
| 5210 | 1208653 | 10/10/2019 | $771.80 | $0.00 | $771.80 |
| 5210 | 1209763 | 11/07/2019 | $738.56 | $0.00 | $738.56 |
| 5210 | 1211099 | 12/12/2019 | $784.72 | $0.00 | $784.72 |
| 5210 | 1212475 | 01/16/2020 | $738.56 | $0.00 | $738.56 |
| 5210 | 1213828 | 02/13/2020 | $738.56 | $0.00 | $738.56 |
| 5210 | 1215138 | 03/12/2020 | $738.55 | $0.00 | $738.55 |
| 5210 | 0 | 04/03/2020 | $-738.56 | $0.00 | $-738.56 |
| 5210 | 0 | 04/09/2020 | $-754.24 | $0.00 | $-754.24 |

Re:

    CORY R. ALLEN                         Case No.: 1-16-00430-HWV

                                          Chapter 13

           Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on August 20, 2020, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1ˢᵗ Class mail, unless served electronically.

JON M ADELSTEIN, ESQUIRE                 SERVED ELECTRONICALLY
350 SOUTH MAIN STREET
SUITE 105
DOYLESTOWN PA,   18901-


M&T BANK                                SERVED BY 1ˢᵀ CLASS MAIL
PO BOX 840
BUFFALO, NY,   14240


CORY R. ALLEN                           SERVED BY 1ˢᵀ CLASS MAIL
17048 MT. AIRY
SHREWSBURY, PA  17361


I certify under penalty of perjury that the foregoing is true and correct.


Date: August 20, 2020                     s/   Donna Schott
                                       Charles J. DeHart, III, Trustee
                                        Standing Chapter 13 Trustee
                                        Suite A, 8125 Adams Drive
                                        Hummelstown, PA  17036
                                        Phone:  (717) 566-6097
                                        Fax:  (717) 566-8313
                                        eMail:  dehartstaff@pamd13trustee.com